UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIRST LOOK MEDIA WORKS, INC., *et al.*, | |
| *Plaintiffs,* | |
| v. | Civil Action No. 20-3499 (TJK) |
| U.S. AGENCY FOR GLOBAL MEDIA, | |
| *Defendant.* | |

## DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT

Defendant, U.S. Agency for Global Media ("USAGM"), by undersigned counsel, respectfully submits this Answer to the Complaint filed by First Look Media Works, Inc. and Lee Fang ("Plaintiffs"). This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. This case is exempt from the requirements of Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, pursuant to Local Civil Rule 16.3(b)(10). Defendant denies all allegations in the Complaint, including the relief sought, except as specifically admitted in this Answer.

## RESPONSES TO NUMBERED PARAGRAPHS

1.      Paragraph 1 sets forth Plaintiffs' characterization of this FOIA action, to which no response is required.

2.      Defendant admits that Plaintiffs submitted a FOIA request dated October 7, 2020. Defendant respectfully refers the Court to the FOIA request for a true and complete statement of its contents, and denies the allegations to the extent they fail to reflect or accurately characterize the FOIA request's full contents. *See* Compl. Ex. A. The last sentence of paragraph 2 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

3.      Defendant admits that Plaintiffs submitted a FOIA request dated October 7, 2020.
Defendant respectfully refers the Court to the FOIA request for a true and complete statement of
its contents, and denies the allegations to the extent they fail to reflect or accurately characterize
the FOIA request's full contents. *See* Compl. Ex. A.

4.      Paragraph 4 sets forth Plaintiffs' motivation for submitting the FOIA request, not
allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which
no response is required.

5.      Defendant admits that it has not made a final determination regarding Plaintiffs'
FOIA request.  The remainder of this paragraph contains Plaintiffs' request for relief, to which no
response is required.

**JURISDICTION AND VENUE[1]**

6.      Paragraph 6 contains conclusions of law, not allegations of fact, to which no
response is required.  To the extent a response is deemed necessary, Defendant admits that this
Court has subject matter jurisdiction under FOIA, subject to its terms and limitations.

7.      Paragraph 7 contains conclusions of law, not allegations of fact, to which no
response is required.  To the extent a response is deemed necessary, Defendant admits that this
venue is proper in this judicial district under FOIA.

**PARTIES**

8.      Defendant lacks knowledge or information sufficient to form a belief as to the truth
of the allegations contained in this paragraph.

---

[1]      For ease of reference, Defendant replicates the headings contained in the Complaint.
Although Defendant believes that no response is required to such headings, to the extent a response
is deemed required and to the extent those headings and titles could be construed to contain factual
allegations, those allegations are denied.

9.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

10.      Admit.

11.      Paragraph 11 contains conclusions of law, not allegations of fact, to which no response is required.

## FACTUAL ALLEGATIONS

### *The Mission of VOA*

12.      Paragraph 12 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

13.      Paragraph 13 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

14.      Paragraph 14 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

15.      Paragraph 15 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

### *The Politicization of VOA*

16.      Defendant admits that the U.S. Senate confirmed Michael Pack as Chief Executive Officer of USAGM on June 4, 2020.  The remainder of this paragraph contains Plaintiffs'

characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

17.     Paragraph 17 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

18.     Paragraph 18 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

19.     Paragraph 19 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

20.     Paragraph 20 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

21.     Paragraph 21 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

22.     Paragraph 22 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

23.     Paragraph 23 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

24.     Paragraph 24 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

25.     Paragraph 25 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

26.     Paragraph 26 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

27.     Paragraph 27 sets forth Plaintiffs' characterization of alleged background information, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action, to which no response is required.

### *The Intercept's FOIA Request*

28.     Defendant admits that Plaintiffs submitted a FOIA request dated October 7, 2020. Defendant respectfully refers the Court to the FOIA request for a true and complete statement of its contents, and denies the allegations to the extent they fail to reflect or accurately characterize the FOIA request's full contents.  *See* Compl. Ex. A.

29.     Defendant admits that Plaintiffs submitted a FOIA request dated October 7, 2020. Defendant respectfully refers the Court to the FOIA request for a true and complete statement of its contents, and denies the allegations to the extent they fail to reflect or accurately characterize the FOIA request's full contents.  *See* Compl. Ex. A.

30.     Defendant admits that Plaintiffs submitted a FOIA request dated October 7, 2020. Defendant respectfully refers the Court to the FOIA request for a true and complete statement of

its contents, and denies the allegations to the extent they fail to reflect or accurately characterize the FOIA request's full contents.  *See* Compl. Ex. A.

### *USAGM Failure to Respond*

31.     Defendant admits that it has not made a final determination regarding Plaintiffs' FOIA request.

### *Exhaustion of Administrative Remedies*

32.     This paragraph contains conclusions of law, not allegations of fact, to which no response is required.

### CLAIMS FOR RELIEF
### (Count One)
### Violation of FOIA, 5 U.S.C. § 552
### USAGM's Failure to Respond to the Intercept's Requests Within 20 Days

33.     Defendant incorporates its responses set forth above in paragraphs 1 through 32.

34.     This paragraph contains conclusions of law, not allegations of fact, to which no response is required.  To the extent a response is deemed necessary, Defendant denies.

35.     This paragraph contains conclusions of law, not allegations of fact, to which no response is required.  To the extent a response is deemed necessary, Defendant denies.

### REQUESTED RELIEF

These paragraphs contain Plaintiffs' request for relief, to which no response is required. To the extent a response is deemed necessary, Defendant denies that Plaintiffs are entitled to the relief requested, or to any relief whatsoever.

### <u>FIRST DEFENSE</u>

Certain of the records sought by Plaintiffs are exempt from release under one or more FOIA exemptions.

**SECOND DEFENSE**

Plaintiffs are neither eligible nor entitled to attorneys' fees or costs.

**THIRD DEFENSE**

The Court lacks jurisdiction to award relief that exceeds that authorized by FOIA.

Defendant reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to this Complaint become known to Defendant through the course of this litigation.

Dated: December 31, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

Daniel F. Van Horn, D.C. Bar #924092
Chief, Civil Division

By: _/s/ Kathleene Molen_
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*