UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIRST LOOK INSTITUTE, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. AGENCY FOR GLOBAL MEDIA, <br><br> *Defendant*. | Civil Action No. 20-3499 (TJK) |

**JOINT STATUS REPORT**

Plaintiffs, First Look Institute, Inc., and Lee Fang ("Plaintiffs"), and Defendant, U.S. Agency for Global Media ("USAGM"), hereby respectfully submit the following Joint Status Report pursuant to the Court's Minute Order dated January 28, 2021.

Plaintiffs initiated the instant Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, lawsuit on December 1, 2020. This matter pertains to a FOIA request submitted by Plaintiffs to USAGM on October 7, 2020, seeking records related to the then-recent termination or suspension of a number of foreign journalists employed by USAGM. *See* Compl. at ¶ 2.

On February 1, 2021, USAGM completed its searches. It has located a total of approximately 5,000 pages of potentially responsive PDF records and an additional 9 GBs of additional potentially responsive records to review.

**Defendant's Statement and Proposed Schedule:** On February 8, 2021, USAGM released to Plaintiff its first production of non-exempt information. USAGM anticipates making its next release on March 8, 2021, and will continue providing Plaintiffs with a monthly release at a processing rate of 500 pages per month until completion. USAGM has agreed to prioritize production of (1) records authored by or addressed to former USAGM CEO Michael Pack and

former USAGM CEO Chief of Staff Emily Newman, identified by name, email address, or other identifier; and (2) records authored by or addressed to the Office of the CEO, identified by name, email address, or other identifier.

Plaintiffs renew their request for a higher processing rate.  As explained in the parties' previous Joint Status Report, USAGM is facing staffing constraints with respect to the processing of its FOIA requests.  The Agency has ½ of an attorney and 1 paralegal dedicated to FOIA due to recent attrition and did not possess the authority to back-fill positions.  The single FOIA processing attorney is also the Agency's ethics and privacy attorney.  The Agency's overall Office of General Counsel is currently down from 12 full-time attorneys to 5 full-time employees.  USAGM currently has 84 FOIA requests pending.  In the first quarter of FY2021 (October 1, 2020 – December 31, 2020) and thus far in the second quarter of FY2021 (January 1, 2021 – March 31, 2021), the Agency already has received 60 FOIA requests, putting it on track to receive more than twice the amount of requests it typically receives annually.  Given the agency's current staffing constraints and the USAGM's other pending FOIA requests, USAGM respectfully renews its request that the Court order a processing no higher than 500 pages a month.

**Plaintiffs' Statement and Proposed Schedule:**  In the parties' previous Joint Status Report, Plaintiffs urged the Court to require a more rapid pace of review and production of responsive records, asking that Defendant be required to produce at the rate of 1,000 pages per week. While Defendant has proposed to continue at the rate of 500 pages per month, Plaintiffs note that approximately 150 pages of the documents comprising the first production were already widely available in the press, on the Internet, or on Defendant's website, and thus posed no burden of review and redaction.  Numerous other pages were largely blank, with no text to review. And countless pages that had no redactions appeared multiple times. Future productions likely will be

similarly comprised. Yet, at the current rate, Defendant will not complete its production until well into 2022. And summary judgement proceedings concerning what Plaintiffs believe are excessive and unlawful redactions thus far will stretch well beyond, perhaps into 2023. Even with Defendant's professed limited capacity, Plaintiffs submit that a higher production rate is both manageable and, given the need for timely public awareness of information concerning the important events to which the requested records relate, imperative, as access delayed is equivalent to access denied. Plaintiffs therefore renew their request for expedited processing at a level significantly above 500 pages per month.

Subject to any modification of the current schedule regarding rate of production, the parties respectfully propose filing a joint status report on or before March 26, 2021, to update the Court on the processing of records responsive to Plaintiffs' request.

Respectfully submitted,

| | |
|---|---|
| /s/ *Burt Braverman* | MICHAEL R. SHERWIN |
| Burt Braverman, DC Bar # 178376 | Acting United States Attorney |
| Meenakshi Krishnan, DC Bar # 1617229 | |
| DAVIS WRIGHT TREMAINE LLP | BRIAN P. HUDAK |
| 1301 K Street, NW | Acting Chief, Civil Division |
| Suite 500 East | |
| Washington, D.C. 20005 | By: */s/ Kathleene Molen* |
| (202) 973-4200 | KATHLEENE MOLEN |
| burtbraverman@dwt.com | Assistant United States Attorney |
| meenakshikrishnan@dwt.com | 555 4th Street, N.W. |
| | Washington, District of Columbia 20530 |
| *Counsel for Plaintiffs* | (202) 803-1572 |
| | Kathleene.molen@usdoj.gov |
| | *Counsel for Defendant* |
| Dated: February 26, 2021 | |