UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIRST LOOK INSTITUTE, INC., et al.,

    Plaintiffs,

v.

U.S. AGENCY FOR GLOBAL MEDIA,

    Defendant.

Civil Action No. 20-3499 (TJK)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated November 9, 2022, Plaintiffs, First Look Institute, Inc., and Lee Fang ("Plaintiffs"), and Defendant, U.S. Agency for Global Media ("USAGM"), hereby respectfully submit the following Joint Status Report.

Plaintiffs initiated the instant Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, lawsuit on December 1, 2020. This matter pertains to a FOIA request submitted by Plaintiffs to USAGM on October 7, 2020, seeking records related to the then-recent termination or suspension of a number of foreign journalists employed by USAGM. *See* Compl. ¶ 2.

On February 1, 2021, USAGM completed its searches. It identified a total of approximately 5,000 pages of potentially responsive PDF records and an additional 9 GB of additional potentially responsive records to review.

In March 24 and April 19, 2021, conferences, USAGM offered to prioritize processing of records from named USAGM record custodians and offices that Plaintiffs identified, utilizing search terms provided by Plaintiffs. On April 20, 2021, Plaintiffs provided search terms for 10 custodians, reserving the right to request searches on an additional 4 custodians and to supplement

the list of provided search terms for all custodians. On June 2, 2021, Plaintiffs requested that an additional custodian be included, Michael Williams.

USAGM conducted searches based on the information provided by Plaintiffs. USAGM has completed processing the records of Mr. Pack, Ms. Newman, Andre Mendes, Michael Williams, Kelu Chao, Elez Biberaj, Jonathan Bronitsky, Frank Wuco, Toni DeLancey, and Abby Bird, Mora Namdar and Diane Cullo.

As agreed by the parties, Plaintiffs reserved their right to request, following completion of their review of all of the documents produced by USAGM, additional searches of the identified potentially responsive records and additional records custodians. In addition, Plaintiffs reserved their right to challenge the adequacy of USAGM's searches and production.

**Defendant's Statement:**

In accordance with the Plaintiffs' previous requests, and the promise USAGM made to produce all missing e-mail attachments by October 31, 2022, the Defendant reports that it has completed processing of the missing attachments, and that all attachments listed in Plaintiffs' itemization have been provided to the Plaintiffs.

**Plaintiffs' Statement:**

Plaintiffs report that they are in the process of reviewing Defendant's entire production of records, including the missing attachments, and the extent of redactions, but that they have not yet completed that process. Based on their review completed to date, and the significant extent of redactions, it is highly likely that, unless Defendant agrees to voluntarily withdraw various claims of exemption, Plaintiffs will challenge the excessive scope of the agency's redactions and, possibly, the completeness of the agency's search and production of documents. Plaintiffs also

may exercise their reserved right to request further searches of identified potentially responsive records and additional record custodians.

\* \* \*

As of the date of this filing, the parties have not had a chance to substantively confer to determine whether there are any additional issues to discuss, or whether Plaintiffs intend to raise challenges to the scope of the agency's search or its withholdings. The parties propose that they be allowed to confer and provide another joint status report to the Court by Friday, March 10, 2023 – 60 days from now.

Date:   January 9, 2023                                Respectfully submitted,

*/s/ Burt Braverman*                                   MATTHEW M. GRAVES, D.C. Bar #481052
Burt Braverman, DC Bar # 178376                        United States Attorney
Meenakshi Krishnan, DC Bar # 1617229
DAVIS WRIGHT TREMAINE LLP                              BRIAN P. HUDAK
1301 K Street, NW                                      Chief, Civil Division
Suite 500 East
Washington, D.C. 20005                          By:    */s/ Sam Escher*
(202) 973-4200                                         SAM ESCHER, D.C. Bar #1655538
burtbraverman@dwt.com                                  Assistant United States Attorney
meenakshikrishnan@dwt.com                              601 D Street N.W.
                                                       Washington, D.C. 20530
Counsel for Plaintiffs                                 (202) 252-2531
                                                       Sam.Escher@usdoj.gov

                                                       Counsel for Defendant