UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIRST LOOK INSTITUTE, INC., et al.,

    Plaintiffs,

    v.

U.S. AGENCY FOR GLOBAL MEDIA,

    Defendant.

Civil Action No. 20-3499 (TJK)

**JOINT STATUS REPORT**

Pursuant to the Court's March 13, 2023, Minute Order, First Look Institute, Inc., and Lee Fang ("Plaintiffs") and U.S. Agency for Global Media ("USAGM") hereby respectfully submit the following joint status report.

This is a suit under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Since the last joint status report, Plaintiffs informed USAGM that they do not intend to pursue summary judgment challenges as to the adequacy of USAGM's searches, production, or redactions to the produced documents. However, Plaintiffs do intend to seek attorneys' fees and costs under 5 U.S.C. § 552(a)(4)(E). In advance of the parties' next joint status report, Plaintiffs will provide Government counsel with a letter detailing their fees position. The parties hope to resolve the issue through discussions with each other. If they cannot, Plaintiffs reserve all rights to file a motion for fees and costs with the Court if needed.

The parties propose that the next joint status report be due August 9, 2023, giving them adequate time to pursue discussions about fees and costs without Court intervention.

| | |
|---|---|
| Date:   May 8, 2023 | Respectfully submitted, |
| | |
| */s/ Burt Braverman* | MATTHEW M. GRAVES, D.C. Bar #481052 |
| Burt Braverman, DC Bar # 178376 | United States Attorney |
| Meenakshi Krishnan, DC Bar # 1617229 | |
| DAVIS WRIGHT TREMAINE LLP | BRIAN P. HUDAK |
| 1301 K Street, NW | Chief, Civil Division |
| Suite 500 East | |
| Washington, D.C. 20005 | By:   */s/ Sam Escher* |
| (202) 973-4200 | SAM ESCHER, D.C. Bar #1655538 |
| burtbraverman@dwt.com | Assistant United States Attorney |
| meenakshikrishnan@dwt.com | 601 D Street N.W. |
| | Washington, D.C. 20530 |
| Counsel for Plaintiffs | (202) 252-2531 |
| | Sam.Escher@usdoj.gov |
| | |
| | Counsel for Defendant |