UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIRST LOOK INSTITUTE, INC., et al.,

     Plaintiffs,

     v.

U.S. AGENCY FOR GLOBAL MEDIA,

     Defendant.

Civil Action No. 20-3499 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's May 10, 2023, Minute Order, First Look Institute, Inc., and Lee Fang ("Plaintiffs") and U.S. Agency for Global Media ("USAGM") hereby respectfully submit the following joint status report.

This is a suit under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiffs do not intend to pursue summary judgment challenges as to the adequacy of USAGM's searches, production, or redactions to the produced documents. However, Plaintiffs do intend to seek attorneys' fees and costs under 5 U.S.C. § 552(a)(4)(E). Plaintiffs have provided Government counsel with a demand on June 30, 2023. Unfortunately, due to Government counsel's caseload, he has not been able to meaningfully consider the demand.

The parties propose that they file a joint status report by Friday, September 8, 2023. Government counsel expects to have considered Plaintiffs' demand by then and issued a response.

Date:   August 9, 2023

*/s/ Burt Braverman*
Burt Braverman, DC Bar # 178376
Meenakshi Krishnan, DC Bar # 1617229
DAVIS WRIGHT TREMAINE LLP
1301 K Street, NW
Suite 500 East
Washington, D.C. 20005
(202) 973-4200
burtbraverman@dwt.com
meenakshikrishnan@dwt.com

Counsel for Plaintiffs

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Sam Escher*
      SAM ESCHER, D.C. Bar #1655538
      Assistant United States Attorney
      601 D Street N.W.
      Washington, D.C. 20530
      (202) 252-2531
      Sam.Escher@usdoj.gov

Counsel for Defendant