**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FIRST LOOK INSTITUTE, INC., et al.,

    Plaintiffs,

    v.                                                    Civil Action No. 20-3499 (TJK)

U.S. AGENCY FOR GLOBAL MEDIA,

    Defendant.

**SUPPLEMENTAL DECLARATION OF DAVID BRALOW IN FURTHER SUPPORT
OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

I, David Bralow, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I submit this supplemental declaration in further support of Plaintiffs' Motion for an Award of Attorneys' Fees and Costs.  The facts set forth herein are with my personal knowledge.  If called upon, I could and would testify competently thereto.

2.      I am the General Counsel of The Intercept Media, Inc.  I have held that position since February 2023 when Intercept Media, Inc. became a stand-alone non-profit, separate from First Look Institute, Inc.  Previously, I was Senior Vice President of Law at First Look Institute.

3.      On January 9, 2023, I published a letter on *The Intercept*'s website announcing its restructuring as an independent nonprofit organization.  A true and correct copy of this letter is available at https://theintercept.com/2023/01/09/intercept-restructuring-nonprofit/.

4.      On March 14, 2023, I published an announcement on *The Intercept*'s website of the appointment of an inaugural CEO and a new board of directors.  A true and correct copy of this announcement is available at https://theintercept.com/2023/03/14/intercept-ceo-board-of-directors/.

5.      In connection with its 2022/2023 reorganization, *The Intercept* had to part with some of its newsroom staff.  In addition, Plaintiff Lee Fang, who was a reporter with *The Intercept* at the time this lawsuit was commenced and when the underlying Freedom of Information Act ("FOIA") request was filed, left the publication in March 2023.

6.      Following those events, *The Intercept* assigned a subsequently hired politics reporter, Prem Thakker, to review the documents obtained from USAGM in this FOIA litigation as part of *The Intercept*'s determination of whether, and when, to pursue a story based on those records.  Mr. Thakker previously had written for *The New Republic*, *The American Prospect*, *CNN*, and *Washington Monthly*.

7.      Defendant USAGM's long delay in producing the requested records, including necessitating this litigation to compel production and prolonging the litigation by producing incomplete copies of the responsive records, resulted in the initial news cycle interest in the events to which the documents relate having passed by the time the documents were fully disclosed. However, the records obtained in this litigation continue to be of significant public interest and have substantial journalistic value that extends beyond the initial reporting that occurred in 2020-2021 when USAGM and its CEO, Michael Pack, carried out their purge of a number of foreign-national journalists and professional staff members of Voice of America ("VOA") who resisted Mr. Pack's attempt to politicize VOA.  Currently, former President Trump is leading the field of potential Republican candidates by a wide margin.  Should he be nominated and then reelected, it is not only possible, but quite likely, that his Administration will resume its efforts to weaponize VOA, including through a renewed purge of foreign journalists and others at the news service who are viewed as disloyal.[1]   Whether reported by *The Intercept* or others to whom these documents

---

[1] *See, e.g.*, Olivia Rinaldi, "Trump says he would be a dictator only on "Day One" if he wins a second term," CBS News (Dec. 6, 2023), https://www.cbsnews.com/news/donald-trump-sean-hannity-dictator-day-one/; Peter Stone,

now are publicly available as a result of Plaintiffs' prosecution of this litigation, the documents will stand as a past-is-prologue warning to the public of the threat to objective journalism that looms should Mr. Trump, or a similarly inclined candidate, be elected.  In this regard, the documents obtained will have long-term value to reporters, scholars, historians, legislators, and the general public regarding the danger that assaults on the independence of VOA and its sister-U.S. broadcast services, such as Radio Free Europe and Radio Liberty, pose to our democracy and to the standing and stature of the United States worldwide.  Thus, these records undoubtedly will inform *The Intercept*'s and others' future reporting about these important events.

8.      Finally, I understand that litigation was brought against USAGM by various foreign-national journalists of VOA who were terminated by USAGM as a result of Mr. Pack's policies.  I have never had any contact with those journalists or participation in their cases against USAGM.  Nor did I, or to the best of my knowledge our attorneys in this litigation, ever provide any of the documents obtained in this litigation to the journalists, and to the best of my knowledge the documents obtained in this litigation have not been used in the journalists' cases.

---

"'Openly authoritarian campaign': Trump's threats of revenge fuel alarm," Guardian (Nov. 22, 2023), https://www.theguardian.com/us-news/2023/nov/22/trump-revenge-game-plan-alarm; Soo Rin Kim & Lalee Ibssa, "Trump compares political opponents to 'vermin' who he will 'root out,' alarming historians," ABC (Nov. 13, 2023), https://abcnews.go.com/Politics/trump-compares-political-opponents-vermin-root-alarming-historians/story?id=104847748.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 5, 2024, in New York, New York.

_____
David Bralow